No. 09-9446. Tsegai Haile, Petitioner v. Zula, LLC.

560 U.S. 907, 130 S. Ct. 3284, 176 L. Ed. 2d 1189, 2010 U.S. LEXIS 4045.

May 17, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 09-9458. Sally Norton, Petitioner v. Fannie Mae.

560 U.S. 907, 130 S. Ct. 3279, 176 L. Ed. 2d 1189, 2010 U.S. LEXIS 3992,

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

No. 09-9466. Thomas Joseph Cutaia, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

560 U.S. 907, 130 S. Ct. 3279, 176 L. Ed. 2d 1189, 2010 U.S. LEXIS 3887,

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-9468. David Kershaw Fickes, Petitioner v. California.

560 U.S. 907, 130 S. Ct. 3279, 176 L. Ed. 2d 1189, 2010 U.S. LEXIS 3918.

May 17, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

No. 09-9469. Gregory Lawrence Henderson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

560 U.S. 908, 130 S. Ct. 3279, 176 L. Ed. 2d 1189, 2010 U.S. LEXIS 4002.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-9470. Robert L. Hillman, Petitioner v. Brian Simms, et al.

560 U.S. 908, 130 S. Ct. 3279, 176 L. Ed. 2d 1189, 2010 U.S. LEXIS 3897.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-9472. Michael Hardy, Petitioner v. J. Walter Wood, Jr.

560 U.S. 908, 130 S. Ct. 3279, 176 L. Ed. 2d 1189, 2010 U.S. LEXIS 3946.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 342 Fed. Appx. 441.

No. 09-9474. Michael David Garrison, Petitioner v. Jan Trombley, Warden.

560 U.S. 908, 130 S. Ct. 3280, 176 L. Ed. 2d 1189, 2010 U.S. LEXIS 4011.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.